FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 JAN -7 PM 3:12

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the Southern District of Ohio

Ronald Satish Emrit
_Plaintiff/Petitioner_

v.

George Soros, et al.
_Defendant/Respondent_

Civil Action No. 1:19CV019

J. BARRETT

M.J. LITKOVITZ

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Ronald A. Emmut

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: January 3rd, 2019

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property _(such as rental income)_ | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 805.00 | $ 0.00 | $ 805.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 805.00 | $ 0.00 | $ 805.00 | **$ 0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A- I am disabled | N/A- I am disabled w/ bipolar disorder | N/A- disabled | $ 0.00 |
| N/A- I am disabled | N/A- I am disabled w/ bipolar disorder | N/A- disabled | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A- no spouse | N/A-no spouse | N/A- no spouse | $ 0.00 |
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ 0.00 |
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ 0.00 |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase Bank | checking | $ 600.00 | $ 0.00 |
| Bank of America account closed | checking | $ 0.00 | $ 0.00 |
| Wells Fargo account closed | checking | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 0.00 |
| Other real estate *(Value)* | $ | 0.00 |
| Motor vehicle #1 *(Value)* | $ | 0.00 |
| Make and year: N/A- Mercedes C-230 was towed in Las Vegas, NV | | |
| Model: N/A- no car | | |
| Registration #: N/A- no car owned | | |
| Motor vehicle #2 *(Value)* | $ | 0.00 |
| Make and year: N/A- no other car owned | | |
| Model: N/A- no other car owned | | |
| Registration #: N/A- no other car owned | | |
| Other assets *(Value)* | $ | 0.00 |
| Other assets *(Value)* | $ | 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Stanley Frank | $ 2,000.00 | $ 0.00 |
| Parris Foster | $ 2,000.00 | $ 0.00 |
| Lori Dodson | $ 200.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A- parental rights were terminated | N/A- parental rights were terminated | 0 |
| N/A- parental rights were terminated | N/A- parental rights were terminated | 0 |
| N/A- parental rights were terminated | N/A- parental rights were terminated | 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☐ Yes  ☑ No <br> Is property insurance included?  ☐ Yes  ☑ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 350.00 | $ 0.00 |
| Clothing | $ 100.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 50.00 | $ 0.00 |
| Medical and dental expenses | $ 75.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 350.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
| Homeowner's or renter's:  N/A- no renter's insurance owned | $ 0.00 | $ 0.00 |
| Life:  N/A- no life insurance owned | $ 0.00 | $ 0.00 |
| Health:  I have Medicare & have not paid deductible | $ 100.00 | $ 0.00 |
| Motor vehicle:  N/A- my car got towed in Las Vegas, NV | $ 0.00 | $ 0.00 |
| Other:  N/A- no other insurance | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0.00 | $ 0.00 |
| Installment payments |  |  |
| Motor vehicle:  N/A- I do not have a car | $ 0.00 | $ 0.00 |
| Credit card *(name)*:  N/A- I do not have credit cards | $ 0.00 | $ 0.00 |
| Department store *(name)*:  N/A- I do not have department store cards | $ 0.00 | $ 0.00 |
| Other:  N/A- I only have a Chase debit card | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 200.00 | $ 0.00 |
| Other *(specify)*: N/A- no other expenses | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 1,325.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☑ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☑ No

    If yes, how much?  $ _____0.00_____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I think that I am moving to the state of Iowa to try to get a job as a teacher's aide at Iowa State University in Ames, Iowa or perhaps at the University of Iowa law school in Iowa City, Iowa. I believe that I might be staying at the Madison Apartments in Ames, Iowa as I have found an affordable place off of Craigslist in which my low credit/FICO score will not be a problem. I ultimately want to get tenure at Iowa, UNLV, or UCLA

12. Identify the city and state of your legal residence.
    Bradenton, Florida as of right now

    Your daytime phone number:     (301) 537-8471

    Your age:  42     Your years of schooling:     20